**UNITED STATES DISTRICT COURT**
**NOTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| Rohan Mukund Ganu, *et al.,* | Case No.: 5:26-cv-01341-NC |
| *Plaintiffs,* | |
| vs. | **TRANSFER ORDER** |
| United States Department of Homeland Security, *et al.,* | |
| *Defendants.* | |

Upon consideration of the Stipulation to Transfer venue to the United States District Court for the District of Columbia filed by the parties, Dkt. No. 13, and for good cause shown, it is hereby

**ORDERED** that the parties' Stipulation is **GRANTED** and the Clerk of Court shall **TRANSFER** this case to the United States District Court for the District of Columbia. It is further

**ORDERED** that Defendant shall file a motion, answer, or other response to Plaintiff's complaint no later than 30 (thirty) days after this case is docketed in the District of Columbia.

**SO ORDERED.**

DATED: May 11, 2026

_____
HON. N_____ USINS



ORDER CASE NO.
5:26-CV-01341-NC                    - 1